

FILE COPY

**1199SEIU Benefit and Pension Funds**
*A Partnership for Excellence*

National Benefit Fund • (646) 473-0204 | Pension Fund • (646) 473-8666
Greater New York Benefit Fund • (212) 541-9150 | Pension Fund • (646) 473-8666
Home Care Employees Benefit and Pension Funds • (646) 473-9200
Home Health Aide Benefit Fund • (646) 473-7470

330 WEST 42ND STREET  NEW YORK, NY 10036-6977  WWW.1199NBF.ORG

EJ623240779US

Via: <ins>EXPRESS MAIL</ins>

July 12, 2006

JFK Hartwyck @ Edison Estates (41062)
465 Plainfield Avenue
Edison, NJ  08817
**Attention:** Anthony Cuzzola, Administrator

**Re:** Audit - 1199 Health & Benefits Fund   1/1/04 – 12/31/05
      1199 Education Fund   1/1/04 – 12/31/05
      1115 Legal Services & Benefit Fund   1/1/04 – 12/31/05

Dear Mr. Cuzzola:

Enclosed, herewith, please find a photostatic copy of the revised audit of JFK Hartwyck @ Edison Estates, which was completed on June 23, 2005. Below, you will find a summary of the audit amounts due the appropriate Funds as of the date of this letter.

| | | Benefit | Education | Legal | Total |
|---|---|---|---|---|---|
| Prior Audit DEL. | 6/1/02 – 12/31/03 | $ 1,661.02 | $5,463.97 | $(128.00) | $ 6,996.99 |
| Prior Audit DEF. | 6/1/02 – 12/31/03 | (5,551.96) | 0.00 | (120.00) | (5,671.96) |
| Add: Current Audit Del. | 1/1/04 – 12/31/05 | $ (960.70) | $1,016.40 | $ 128.00 | $ 183.70 |
| Add: Current Audit Def. | 1/1/04 – 12/31/05 | 109,683.64 | 2,860.42 | 0.00 | 112,544.06 |
| TOTAL DUE: | 1/1/04 – 12/31/05 | $108,722.94 | $3,876.82 | $ 128.00 | $112,727.76 |
| Current Audit Del. | 6/1/02 – 12/31/05 | 700.32 | 6,480.37 | 0.00 | 7,180.69 |
| Current Audit Def. | 6/1/02 – 12/31/05 | 104,131.68 | 2,860.42 | (120.00) | 106,872.10 |
| BALANCE DUE: | 6/1/02 – 12/31/05 | $104,832.00 | $9,340.79 | $(120.00) | $114,052.79 |
| ADD: Interest | 1/1/04 – 12/31/05 | 11,893.02 | 508.14 | 7.68 | 12,408.84 |
| TOTAL AMOUNT DUE: | 6/1/02 – 12/31/05 | **$116,725.03** | **$9,848.93** | **$(112.32)** | **$126,461.63** |

Please note that included in the statement of delinquencies due the Funds, is a demand for payment of interest amounting to $12,408.84 due to the loss of income incurred on all outstanding monies due the Funds.

Please review the audit immediately. Should you have any questions, please contact the undersigned at (646) 473-6460. Your failure to remit all outstanding monies due the Funds within fifteen (15) days of the date of this letter will cause this office to begin immediate proceedings to collect.

Very truly yours,

*[signature]*

Anthony Petrella, Controller
Finance Department

AP/mc
Enclosure
Cc: Evelyn Franzino
    Luis Garay

Although these Funds are jointly administered, benefits are subject to each Fund's Summary Plan Description (SPD) and the discretion of the Trustees of that Fund.

# GREATER NURSING HOME DIVISION
## AUDIT SUMMARY REPORT

| | |
|---|---|
| NAME | JFK HARTWYCK @ EDISON STATES |
| ADDRESS | 465 PLAINFIELD AVENUE<br>EDISON, NJ 08817 |
| TYPE OF CONTRACT | **1199** |
| AUDIT OR REVIEW | AUDIT |
| OFFICE CONTACT | Linda Yanick 732 321-7000 X:65504 |
| TYPE OF PAYROLL | In house computer system |
| AUDIT PERIOD | 1/1/04-12/31/05 |
| BARGAINING UNIT | Blue Collar |

| **DEFFICIENCY OR ADJUSTMENTS** | | WELFARE | EDUCATION | LEGAL | TOTAL |
|---|---|---|---|---|---|
| TOTAL DUE | 1/1/04-12/31/04 | 44,747.04 | 2,296.08 | 0 | 47,043.12 |
| TOTAL DUE | 1/1/05-12/31/05 | 63,975.90 | 1,580.74 | 128.00 | 65,684.64 |
| **TOTAL DUE** | 1/1/04-12/31/05 | 108,722.94 | 3,876.82 | 128.00 | 112,727.76 |

REASONS FOR DEFICIENCY OR ADJUSTMENT

| | | |
|---|---|---|
| Error on monthly contr. (see Sch-C) | | 183.70 |
| Unreported Overtime (See Add'l comments below!!) | | 112,544.06 |
| | Total... | 112,727.76 |

**Additional Comments**

Overtime reported is exclusive of overtime earned by unreported employees (I.e. all these wages were earned by members of the 1199 NBF, also, Ot was reduced to straight time)

For simplicity purposes worksheet shows Ot earned on YTD basis, this information was found in their YTD Payroll, exlcuding all wages for all unreported employees

**Welfare Fund    Contr. Rate**

**STATEMENT OF POSITION**

| | | WELFARE | EDUCATION | LEGAL | TOTAL |
|---|---|---|---|---|---|
| | | 104,832.00 | 9,340.79 | (120.00) | 114,052.79 |
| TOTAL DUE | 1/1/04-12/31/05 | 104,832.00 | 9,340.79 | (120.00) | 114,052.79 |

| | | | |
|---|---|---|---|
| AUDITOR'S NAME | **LUIS P. GARAY** | Completed on | July 12, 2005 |

**JFK HARTWYCK @ EDISON STATES**
**465 PLAINFIELD AVENUE**
**EDISON, NJ 08817**

**SCHEDULE A**
**SUMMARY OF AMOUNTS DUE**
**1/1/04-12/31/05**

|  |  |  | WELFARE | EDUC. | LEGAL | TOTAL |
|---|---|---|---|---|---|---|
| DELINQUENCY | 1/1/04-12/31/04 | SCH C | (972.41) | 1,002.13 | - | 29.73 |
| DEFICIENCY | 1/1/04-12/31/04 | SCH B | 45,719.45 | 1,293.95 | - | 47,013.40 |
| **TOTAL DUE** | **1/1/04-12/31/04** |  | 44,747.04 | 2,296.08 | - | 47,043.12 |
| DELINQUENCY | 1/1/05-12/31/05 | SCH C | 11.71 | 14.27 | 128.00 | 153.98 |
| DEFICIENCY | 1/1/05-12/31/05 | SCH B | 63,964.19 | 1,566.47 | - | 65,530.66 |
| **TOTAL DUE** | **1/1/05-12/31/05** |  | 63,975.90 | 1,580.74 | 128.00 | 65,684.64 |
| **COMBINED AMOUNTS DUE** |  |  |  |  |  |  |
| DELINQUENCY | 1/1/04-12/31/05 |  | (960.70) | 1,016.40 | 128.00 | 183.70 |
| DEFICIENCY | 1/1/04-12/31/05 |  | 109,683.64 | 2,860.42 | 0.00 | 112,544.06 |
| **TOTAL DUE** | **1/1/04-12/31/05** |  | 108,722.94 | 3,876.82 | 128.00 | 112,727.76 |

**JFK HARTWYCK @ EDISON STATES**
**465 PLAINFIELD AVENUE**
**EDISON, NJ 08817**

**SCHEDULE B**
**UNREPORTED OVERTIME**
**2004/2005**

| Dept | | OVER TIME HOURS | OVER TIME WAGES | STRAIGHT WAGES | Jan-Jul '04 OT Wages | Aug-Dec '04 OT Wages | TOTAL '04 LIAB. |
|---|---|---|---|---|---|---|---|
| 7100 | | 987 | 18,224.00 | 12,149.33 | | | |
| 7120 | LPN'S | 2204 | 64,837.00 | 43,224.67 | | | |
| 7130 | NA'S | 17399 | 302,152.00 | 201,434.67 | | | |
| 7500 | RECREAT | 14 | 262.00 | 174.67 | | | |
| 7600 | MAINT | 127 | 2,709.00 | 1,806.00 | | | |
| | | 20,731.00 | 388,184.00 | 258,789.33 | 150,960.44 | 107,828.89 | |
| | | | | Wel. Rate | 16% | 20% | |
| | | | | Wel. Liab. | 24,153.67 | 21,565.78 | 45,719.45 |
| | | | | Ed. Rate | 0.50% | 0.50% | |
| | | | | Ed. Liab | 754.80 | 539.14 | 1,293.95 |

| Dept | | OVER TIME HOURS | OVER TIME WAGES | STRAIGHT WAGES | Jan-Jul '05 OT Wages | Aug-Dec '05 OT Wages | TOTAL '05 LIAB. |
|---|---|---|---|---|---|---|---|
| 7100 | | | | | | | |
| 7120 | LPN'S | 2330 | 50,530.00 | 33,686.67 | | | |
| 7130 | NA'S | 22677 | 413,761.99 | 275,841.33 | | | |
| 7500 | RECREAT | 8 | 160.00 | 106.67 | | | |
| 7600 | MAINT | 245 | 5,489.00 | 3,659.33 | | | |
| | | 25,260.00 | 469,940.99 | 313,293.99 | 182,754.83 | 130,539.16 | |
| | | | | Wel. Rate | 20% | 21% | |
| | | | | Wel. Liab | 36,550.97 | 27,413.22 | 63,964.19 |
| | | | | Ed. Rate | 0.50% | 0.50% | |
| | | | | Ed. Liab | 913.77 | 652.70 | 1,566.47 |

**JFK HARTWYCK @ EDISON STATES**
**465 PLAINFIELD AVENUE**
**EDISON, NJ 08817**

**SCHEDULE C**
**ANALYSIS OF PAYMENTS**
**1/1/04-12/31/05**

| | - PAYMENTS - | | | | Reportable | - LIABILITIES - | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | WELFARE | EDUCATION | LEGAL | TOTAL | Wages | WELFARE | EDUCATION | LEGAL | TOTAL | TOTAL LIABILITY |
| Jan '04 | 53,750.32 | 1,677.83 | 1,224.00 | 56,652.15 | 335,951.46 | 53,752.23 | 1,679.76 | 1,224.00 | 56,655.99 | 248,768.70 |
| Feb '04 | 32,423.34 | 1,012.13 | 1,184.00 | 34,619.47 | 202,653.39 | 32,424.54 | 1,013.27 | 1,184.00 | 34,621.81 | 212,738.32 |
| Mar '04 | 29,466.28 | 919.71 | 1,224.00 | 31,609.99 | 184,170.75 | 29,467.32 | 920.85 | 1,224.00 | 31,612.17 | 230,697.75 |
| Apr '04 | 29,438.16 | 918.87 | 1,240.00 | 31,597.03 | 183,995.62 | 29,439.30 | 919.98 | 1,240.00 | 31,599.28 | 204,376.70 |
| May '04 | 29,423.27 | 918.87 | 1,232.00 | 31,574.14 | 183,902.73 | 29,424.44 | 919.51 | 1,232.00 | 31,575.95 | 207,536.20 |
| Jun '04 | 33,775.36 | 1,054.30 | 1,232.00 | 36,061.66 | 211,103.47 | 33,776.56 | 1,055.52 | 1,232.00 | 36,064.07 | 338,893.63 |
| Jul '04 | 48,867.67 | 1,525.31 | 1,216.00 | 51,608.98 | 305,433.96 | 48,869.43 | 1,527.17 | 1,216.00 | 51,612.60 | 239,404.88 |
| Aug '04 | 38,921.89 | 971.86 | 1,216.00 | 41,109.75 | 194,613.93 | 38,922.79 | 973.07 | 1,216.00 | 41,111.86 | 211,719.44 |
| Sep '04 | 38,926.76 | 972.05 | 1,192.00 | 41,090.81 | 194,638.39 | 38,927.68 | 973.19 | 1,192.00 | 41,092.87 | 219,271.95 |
| Oct '04 | 39,434.08 | 984.77 | 1,200.00 | 41,618.85 | 197,174.75 | 39,434.95 | 985.87 | 1,200.00 | 41,620.82 | 227,143.52 |
| Nov '04 | 40,502.63 | | 1,144.00 | 41,646.63 | 197,583.96 | 39,516.79 | 987.92 | 1,144.00 | 41,648.71 | 216,641.40 |
| Dec '04 | 58,993.55 | 1,473.15 | 1,152.00 | 61,618.70 | 294,974.38 | 58,994.88 | 1,474.87 | 1,152.00 | 61,621.75 | 330,507.06 |
| Totals | 473,923.31 | 12,428.85 | 14,456.00 | 500,808.16 | 2,686,196.79 | 472,950.90 | 13,430.98 | 14,456.00 | 500,837.89 | 2,887,699.55 |

Less: Liability 472,950.90
Payments 473,923.31
Delinquency (972.41)

| | - PAYMENTS - | | | | Reportable | - LIABILITIES - | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | WELFARE | EDUCATION | LEGAL | TOTAL | Wages | WELFARE | EDUCATION | LEGAL | TOTAL | |
| Jan 05 | 41,107.96 | 1,026.55 | 1,088.00 | 43,222.51 | 205,544.15 | 41,108.83 | 1,027.72 | 1,088.00 | 43,224.55 | |
| Feb 05 | 35,129.28 | 877.07 | 1,080.00 | 37,086.35 | 175,650.06 | 35,130.01 | 878.25 | 1,080.00 | 37,088.26 | |
| Mar 05 | 38,117.97 | 951.76 | 1,032.00 | 40,101.73 | 190,593.98 | 38,118.80 | 952.97 | 1,032.00 | 40,103.77 | |
| Apr 05 | 33,920.63 | 846.93 | 1,056.00 | 35,823.56 | 169,607.22 | 33,921.44 | 848.04 | | 34,769.48 | |
| May 05 | 34,445.09 | 860.05 | 1,080.00 | 36,385.14 | 172,229.21 | 34,445.84 | 861.15 | | 35,306.99 | |
| Jun 05 | 56,246.74 | 1,404.59 | 1,040.00 | 58,691.33 | 281,239.53 | 56,247.91 | 1,406.20 | | 57,654.11 | |
| Jul 05 | 39,734.41 | 992.33 | 1,040.00 | 41,766.74 | 198,676.25 | 39,735.25 | 993.38 | | 40,728.63 | |
| Aug 05 | 36,592.45 | 870.24 | 1,040.00 | 38,502.69 | 174,254.68 | 36,593.48 | 871.27 | | 37,464.75 | |
| Sep 05 | 37,897.79 | 901.32 | 976.00 | 39,775.11 | 180,470.74 | 37,898.86 | 902.35 | | 38,801.21 | |
| Oct 05 | 39,258.37 | 933.67 | 992.00 | 41,184.04 | 186,949.40 | 37,898.37 | 934.75 | | 38,833.12 | |
| Nov 05 | 37,443.17 | 890.45 | (7,352.00) | 30,981.62 | 178,305.68 | 39,259.37 | 891.53 | | 40,150.90 | |
| Dec 05 | 57,123.09 | 1,358.49 | | 58,481.58 | 272,022.27 | 57,444.19 | 1,360.11 | | 58,804.30 | |
| Totals | 487,016.95 | 11,913.45 | 3,072.00 | 502,002.40 | 2,385,543.17 | 487,028.66 | 11,927.72 | 3,200.00 | 502,156.38 | |

Less: Liability 487,028.66
Payments 487,016.95
Delinquency 11.71

**ANALYSIS OF DELINQUENCY**

| | WELFARE | EDUCATION | LEGAL | TOTAL |
|---|---|---|---|---|
| | 472,950.90 | 13,430.98 | 14,456.00 | 500,837.89 |
| | 473,923.31 | 12,428.85 | 14,456.00 | 500,808.16 |
| | (972.41) | 1,002.13 | - | 29.73 |

**ANALYSIS OF DELINQUENCY**

| | WELFARE | EDU. FUND | LEGAL | TOTAL |
|---|---|---|---|---|
| | 487,028.66 | 11,927.72 | 3,200.00 | 502,156.38 |
| | 487,016.95 | 11,913.45 | 3,072.00 | 502,002.40 |
| | 11.71 | 14.27 | 128.00 | 153.98 |

Page 1 of 1

JFK HARTWYCK @ EDISON STATES  
165 PLAINFIELD AVENUE  
EDISON, NJ 08817

INTEREST CALCULATION WORSHEET  
1/1/04-12/31/05

| | FUND | LIABILITY | WELF INT | ED. INT | Legal | TOTAL |
|---|---|---|---|---|---|---|
| 1/1/04-12/31/04 | welfare | 44,747.04 | 8,054.47 | 8,054.47 | | 8,054.47 |
| | Ed | 2,296.08 | 413.29 | | 413.29 | 413.29 |
| | Legal | 0.00 | 0.00 | | | 0.00 |
| 1/1/05-12/31/05 | welfare | 63,975.90 | 3,838.55 | 3,838.55 | | 3,838.55 |
| | Pension | 1,580.74 | 94.84 | | 94.84 | 94.84 |
| | Legal | 128.00 | 7.68 | | | 7.68 | 7.68 |
| | Total... | 112,727.76 | | 11,893.02 | 508.14 | 7.68 | 12,408.84 |