Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND, ETANO

Plaintiff(s)

- against -

Index # 07 CIV 3745 (GRIESA)

JFK HARTWYCK AT EDISON ESTATES

Purchased May 11, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 18, 2007 at 04:55 PM at

465 PLAINFIELD AVENUE
EDISON, NJ 08817

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA, CRITICAL INSTRUCTIONS TO ATTORNEYS, 3RD AMENDED * on JFK HARTWYCK AT EDISON ESTATES therein named,

**SUITABLE AGE**  by delivering thereat a true copy of each to KERRY M. COOPER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BROWN/RED | 24 | 5'6 | 170 |

**MAILING**  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

465 PLAINFIELD AVENUE
EDISON, NJ 08817

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 21, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

*INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, GUIDELINES FOR CASE FILING, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE FRANCIS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  May 21, 2007

DAN KNIGHT

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

Invoice #: 440382

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728