# GENOVA, BURNS & VERNOIA | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊+
JAMES M. BURNS ◊
FRANCIS J. VERNOIA ◊
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊+
SANDRO POLLEDRI ◊o
KATHLEEN BARNETT EINHORN ◊+
CELIA S. BOSCO ◊+
BRIAN W. KRONICK ◊
JAMES BUCCI ◊*
PATRICK W. MCGOVERN ◊+
PETER R. YAREM ◊

RALPH J. SALERNO ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊+
HARRY G. KAPRALOS ◊+

COUNSEL

NORMAN J. PEER ◊+
GEORGE L. SCHNEIDER ◊+
GREGORY E. NAGY ◊
DAVID P. COOKE ◊
DAVID A. DE SIMONE ◊
DEBRA K. BAMPTON ◊

OF COUNSEL

RONALD H. DEMARIA
(1939-2004)

HOLLIE B. KNOX *
JENNIFER MAZAWEY ◊+
JOHN R. VREELAND ◊+
JENNIFER BOREK ◊+
SHIRIN SAKS ◊+
ANDREW P. ODDO ◊+
JASON L. SOBEL ◊+
DINA M. MASTELLONE ◊+
JOSEPH M. HANNON ◊+
TIMOTHY AVERELL ◊

REBECCA MOLL FREED ◊+
JONATHAN S. GOODGOLD ◊+
PETER J. CAMMARANO III ◊+
JISHA S. VACHACHIRA ◊+
YAACOV BRISMAN ◊+
MICHAEL J. GROHS ◊+
NICHOLAS J. REPICI ◊*
CAROLYN BUCCERONE ◊*^
ALEXANDER L. D'JAMOOS ◊+
KRISTINA E. CHUBENKO ◊+

LISA A. JOHN ◊
GERI L. ALBIN ◊
LAUREN KOSTINAS ◊

MEMBER OF NEW JERSEY BAR ◊
MEMBER OF NEW YORK BAR +
MEMBER OF PENNSYLVANIA BAR •
MEMBER OF DISTRICT OF COLUMBIA^
CERTIFIED CIVIL TRIAL ATTORNEY o

June 6, 2007

**VIA ELECTRONIC FILING**

Honorable James C. Francis. U.S.M.J..
United States District Court
  for the Southern District of New York
U.S. Courthouse – Room 1960
500 Pearl Street
New York, NY 1007-1312

    Re:    **Board of Trustees of the 1199 SEIU Greater New York Benefit Fund, *et al.* v. JFK Hartwyck at Cedar Brook Estates**
**Civil Action No. 07-cv-3744**

Dear Magistrate Francis:

      This office represents the Defendant, JFK Hartwyck at Cedar Brook, in the above-captioned action. Plaintiffs, Board of Trustees of the 1199 SEIU Greater New York Benefit Fund and Board of Trustees of the 1199 SEIU Greater New York Education Fund (collectively "Plaintiffs"), served their Complaint on Defendant on May 18, 2007, requiring Defendant to Answer or otherwise respond by June 7, 2007.

      Defendant respectfully requests this Court to extend Defendant's time to Answer or otherwise respond to Plaintiffs' Complaint to June 28, 2007, in order to allow Defendant adequate time to investigate Plaintiffs' claims and prepare its response. Plaintiffs' counsel has consented to this request.

      Accordingly, enclosed please find a Consent Order Extending Time to Answer signed by counsel for Plaintiffs and Defendant. If the enclosed Consent Order meets with the Court's approval, it is respectfully requested that same be forwarded to the Clerk for filing.

**GENOVA, BURNS & VERNOIA** | ATTORNEYS-AT-LAW

Hon. James C. Francis, U.S.M.J.
June 6, 2007
Page 2

    Thank you for Your Honor's time and consideration.

                          Respectfully submitted,

                           **GENOVA, BURNS & VERNOIA**

                           Kathleen Barnett Einhorn

KBE:mw
Enclosure

c:    Lowell Peterson, Esq. (w/encl.)(via electronic filing and regular mail)

897.023\Letters\Francis.Cedar.060607