UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Civil Action No. 07-cv-3744

BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK BENEFIT FUND and
BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK EDUCATION FUND,

               Plaintiffs,

        v.

JFK HARTWYCK AT CEDAR BROOK,

               Defendant.
------------------------------------------------------------X

**CONSENT ORDER
EXTENDING
TIME TO ANSWER
(HB)(DFE)**

This matter having come before the Court on the application of Defendant, JFK Hartwyck at Cedar Brook, by and through its attorneys, Genova, Burns & Vernoia, for an application extending the time within which to Answer or otherwise move with respect to the Complaint filed by plaintiffs, Board of Trustees of the 1199 SEIU Greater New York Benefit Fund and Board of Trustees of the 1199 SEIU Greater New York Education Fund (collectively "Plaintiffs"), and counsel for Plaintiffs having consented to the within Request for an Extension of Time to Answer or Otherwise Move with Respect to Plaintiffs' Complaint;

    **IT IS on this _____ day of June 2007**;

    **ORDERED** that Defendant, JFK Hartwyck at Cedar Brook, may submit an answer or other responsive pleading on or before June 28, 2007.

**MEYER, SUOZZI,**
**ENGLISH & KLEIN, P.C.**
Attorneys for Plaintiffs

**GENOVA, BURNS & VERNOIA**
Attorneys for Defendant

By: _____
Lowell Peterson, Esq.
(LP 5405)

By: _____
Kathleen Barnett Einhorn, Esq.
(KE 2743)

Dated: June ____, 2007

Dated: June 6 , 2007


SO ORDERED ON THIS _____ DAY OF JUNE 2007


_____
HON. DOUGLAS F. EATON, U.S.M.J.

897\001\ConsentOrder.ExtendAnswer2.doc

2