```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                         Civil Action No. 07-CV-3745
BOARD OF TRUSTEES OF THE 1199 SEIU       (TPG)(JCF)
GREATER NEW YORK BENEFIT FUND and
BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK EDUCATION FUND,
                                         RULE 7.1 STATEMENT
              Plaintiffs,

         v.

JFK HARTWYCK AT EDISON ESTATES,

              Defendant.
------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, JFK Hartwyck at Edison Estates, certifies that defendant, JFK Hartwyck at Edison Estates (a private non-governmental party), does not have any corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: June 28, 2007

            s/Kathleen Barnett Einhorn
            Kathleen Barnett Einhorn (KE 2743)
            Shirin W. Saks (SS 2452)
            Genova, Burns & Vernoia
            354 Eisenhower Parkway
            Livingston, New Jersey 07039
            (973) 533-0777
            Attorneys for Defendant