UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK BENEFIT FUND and
BOARD OF TRUSTEES OF THE 1199 SEIU
GREATER NEW YORK EDUCATION FUND,

    Plaintiffs,

  v.

JFK HARTWYCK AT EDISON ESTATES,

    Defendant.
------------------------------------X

Civil Action No. 07-CV-3745
(TPG)(JCF)

**CERTIFICATION OF SERVICE**

I, Maureen Waldron, upon my oath and according to law, do hereby certify as follows:

1. On June 28, 2007, the undersigned via the electronic filing rules of the District Court caused to be filed the within Answer and Affirmative Defenses, and this Certification of Service upon the following:

    J. Michael McMahon, Clerk
    United States District Court
    Southern District of New York
    United States Courthouse
    500 Pearl Street
    New York, New York 10007

    Lowell Peterson, Esq.
    Meyer, Suozzi, English & Klein, P.C.
    1350 Broadway, Suite 501
    New York, NY 10018-0026
    Attorneys for Plaintiffs

I certify that the foregoing statements are true to the best of my knowledge. I understand that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Maureen Waldron

Dated: June 28, 2007

897\024\Pleadings\Certification of Service