UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOARD OF TRUSTEES OF THE 1199        :
SEIU GREATER NEW YORK BENEFIT :
FUND et al.                                            :
        Plaintiffs,                     :          CONSOLIDATION ORDER
                                                           :
   -against-                                  :
                                                           :          07 Civ. 3744 (HB)
JFK HARTWYCK AT CEDAR BROOK :
                                                           :
        Defendant.                     :
------------------------------------------------------------x
                                                           :
BOARD OF TRUSTEES OF THE 1199        :
SEIU GREATER NEW YORK BENEFIT :
FUND et al.                                            :
        Plaintiffs,                     :
                                                           :          07 Civ. 3745 (HB)
   -against-                                  :
                                                           :
JFK HARTWYCK AT EDISON             :
ESTATES                                              :
                                                           :
        Defendant.                     :
------------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

      WHEREAS, the plaintiffs in <u>Board of Trustees of the 1199 SEIU Greater New York Benefit Fund et al. v. JFK Hartwyck at Edison Estates</u>, 07-Civ.-03745, filed a Complaint on May 11, 2007, as related to <u>Board of Trustees of the 1199 SEIU Greater New York Benefit Fund et al. v. JFK Hartwyck at Cedar Brook</u>, 07-Civ.-03744; and

      WHEREAS, the causes of action in both Complaints are identical; it is hereby

      ORDERED that the above captioned cases are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a); and it is further

      ORDERED that <u>Board of Trustees of the 1199 SEIU Greater New York Benefit Fund et al. v. JFK Hartwyck at Cedar Brook</u>, 07-Civ.-03744, is designated the lead case in this consolidated action; and it is further

1

ORDERED that the parties in Board of Trustees of the 1199 SEIU Greater New York Benefit Fund et al. v. JFK Hartwyck at Edison Estates, 07-Civ.-03745, are bound by and instructed to follow the deadlines in the Pretrial Scheduling Order issued July 12, 2007; and it further

ORDERED that, pursuant to Fed. R. Civ. P. 42(a), the Clerk of the Court is directed to remove Board of Trustees of the 1199 SEIU Greater New York Benefit Fund et al. v. JFK Hartwyck at Edison Estates, 07-Civ.-03745, from my docket as a separate case.

**SO ORDERED.**
September ___, 2007
New York, New York

_____
U.S.D.J.

2