UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND,

                          *Plaintiff,*

- against -

JFK HARTWYCK AT CEDAR BROOK,

                          *Defendant.*

BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND,

                          *Plaintiff,*

- against -

JFK HARTWYCK AT EDISON ESTATES

                          *Defendant.*

**STIPULATION**

Case No. 07-CIV-3744 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

**Stipulation of Dismissal**

**IT IS HEREBY STIPULATED AND AGREED,** Plaintiff, BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK BENEFIT FUND and BOARD OF TRUSTEES OF THE 1199 SEIU GREATER NEW YORK EDUCATION FUND, and

94107

Defendants JFK HARTWYCK AT CEDAR BROOK and JFK HARTWYCK AT EDISON ESTATES hereby agree that the above-captioned consolidated matter be dismissed in its entirety. *And the Clerk is instructed to close this case + remove it from my docket.*

Dated:   New York, New York
         April 24, 2008

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

_____
By: Lowell Peterson, Esq. (LP5405)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

Attorneys for Plaintiff

SO ORDERED

_____
U.S.D.J.

GENOVA, BURNS & VERNOIA

_____
By: Kathleen Barnett Einhorn (KE2743)
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 533-0777

Attorneys for Defendant

94107